1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SCOTT JOHNSON,                              No.  2:17-cv-00388-TLN-DB

12                 Plaintiff,

13          v.                                    ORDER

14    MANDEEP S. BRAR,

15                 Defendant.

16

17          Plaintiff commenced this disability access case asserting a claim under the Americans

18    with Disabilities Act ("ADA") and related state law claims, and defendant has answered the

19    complaint.

20          In the interest of avoiding the accumulation of fees and costs through potentially

21    unnecessary discovery and motion practice, and to allow the parties some time to pursue an early

22    informal resolution of this matter, the court finds it appropriate to temporarily stay and refer the

23    action to the court's Voluntary Dispute Resolution Program ("VDRP").

24          Accordingly, IT IS HEREBY ORDERED that:

25          1.  This action is STAYED and REFERRED to the VDRP.

26          2.  Within fourteen (14) days of this order, the parties shall contact the court's VDRP

27              administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start

28              the process of selecting an appropriate neutral.

3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

4. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

5. Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this order. Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

IT IS SO ORDERED.

May 10, 2017

_____
Troy L. Nunley
United States District Judge